UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J & J PRODUCTIONS, INC.,

      Plaintiff,

Case No. 12-14083

Honorable John Corbett O'Meara

v.

HALF TIME SPORTS, L.L.C., a dissolved
Michigan Limited Liability Company, formerly
operating as HALF TIME SPORTS BAR; and
BEBIE G. BLACKMAN, a/k/a BEBIE J.
BLACKMON, individually, jointly and severally,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter came before the court after plaintiff J & J Productions failed to effect proper service upon Defendants. Plaintiff J & J Productions filed this action September 13, 2012, alleging that Defendants aired a telecast of a championship boxing match September 9, 2009, in violation of 47 U.S.C.§§ 605 and 553.

After Plaintiff's first attempts at service were unsuccessful in September 2012, it moved to extend the time for service in early January 2013; and the court promptly granted the motion January 16, 2013. Again the attempts at service were unsuccessful; and on May 23, 2013, Plaintiff's filed a motion for alternative service. The court granted that motion May 24, 2013. In its order the court permitted service to each defendant "by first-class mail to 17196 Mark Twain, Detroit, Michigan 48235 on or before June 23, 2013." Once again, the summonses were issued, but service was not effected.

On September 9, 2013, this court ordered Plaintiff to show cause by September 23, 2013, why the case should not be dismissed for failure to prosecute. Plaintiff filed its response to the show cause order September 24, 2013, a day late. In its response, Plaintiff requested that it be granted an opportunity to file motions for another extension of time and for alternate service.

The court finds that Plaintiff has failed to prosecute its case diligently. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41.2 (E.D. Mich. March 2, 1998), it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE.**

        s/John Corbett O'Meara
        United States District Judge

Date:  June 3, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 3, 2014, using the ECF system.

        s/William Barkholz
        Case Manager